JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMI EL CHAMI, <br><br> Plaintiff, <br><br> v. <br><br> JOHN PAUL MITCHELL SYSTEMS, a corporation; VON CURTIS, INC., a corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. CV11-08931 DDP (MLGx) <br> Hon. Dean D. Pregerson, Courtroom 3 <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This action came on for hearing before the Court, on February 25, 2013, Hon. Dean D. Pregerson, District Judge Presiding, on the Motion for Summary Judgment of Defendants John Paul Mitchell Systems and Von Curtis, Inc. Having considered the submissions of the parties and heard oral argument, and having ordered that summary judgment be granted in favor of Defendants,

///

///

///

///

1     IT IS ORDERED AND ADJUDGED that Plaintiff Sami El Chami take
2 nothing from this action, that the action be dismissed on the merits in its entirety
3 with prejudice, and that Defendants John Paul Mitchell Systems and Von Curtis,
4 Inc. recover their costs in this action.

Dated:    March 05, 2013

_____
UNITED STATES DISTRICT JUDGE